# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159612(78)(81)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEXTER BURRELL TAYLOR,
      Defendant-Appellant.

_____/

SC: 159612
COA: 340028
Wayne CC: 16-007780-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on April 14, 2020, is accepted as timely filed. On further order of the Chief Justice, the motion of Marty Bryan Miller to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 6, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2020           

                                            Clerk